IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JASMINE MOORE,

      Appellant,

  v.

Case No.  5D23-284
LT Case No. 16-2022 DR-2152 DV MA

THOMAS HILL, JR.,

      Appellee.
_____/

Decision filed July 3, 2023

Appeal from the Circuit Court
for Duval County,
Steven Fahlgren, Judge.

Jasmine Moore, Jacksonville, pro se.

No Appearance for Appellee.

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., JAY and MACIVER, JJ., concur.